**No. 09-8795. Issac Jermaine Brown, Petitioner v. United States.**

559 U.S. 986, 130 S. Ct. 1724, 176 L. Ed. 2d 203, 2010 U.S. LEXIS 1918.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 754.